IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| In the Matter of:<br><br>FREDRICK C. PAULSON, Owner of a 2015 23' Supra Model SA450, HIN # ISRSA001E415, Colorado Registration #CL2288GH, her engine, tackle, apparel, appurtenances, etc.<br><br>For Exoneration from or Limitation of Liability | CV 19–18–M–DWM<br><br>ORDER |

Fredrick C. Paulson moves for the admission of Jason R. Harris to practice before this Court in this case with Liesel Shoquist to act as local counsel. Mr. Harris's application appears to be in order.

Accordingly, IT IS ORDERED that Paulson's motion to admit Jason R. Harris *pro hac vice* (Doc. 2) is GRANTED on the condition that Mr. Harris shall do his own work. This means that Mr. Harris must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Harris, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 30th day of January, 2019.

Donald W. Molloy, District Judge
United States District Court