FILED
MAR 28 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of:<br><br>FREDRICK C. PAULSON, Owner of a 2015 23' Supra Model SA450, HIN # ISRSA001E415, Colorado Registration #CL2288GH, her engine, tackle, apparel, appurtenances, etc.<br><br>For Exoneration from or Limitation of Liability | CV 19–18–M–DWM<br><br>ORDER |

Limitation Plaintiff Fredrick C. Paulson having given notice of voluntary dismissal pursuant to Rule 41(a) and before an opposing party served either an answer or motion for summary judgment,

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE. All pending motions are MOOT and all deadlines are VACATED.

DATED this 28th day of March, 2019.

Donald W. Molloy, District Judge
United States District Court